UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERBERT STUDSTILL,

    Plaintiff,

v.

                              Case No. 17-10584

                              Hon. John Corbett O'Meara

PATRICK READ,

    Defendant.

_____/

## ORDER OF DISMISSAL

Plaintiff Herbert Studstill, appearing pro se, filed this action against Patrick Read, a deputy U.S. Marshal.  Plaintiff has neither paid the filing fee nor sought to proceed *in forma pauperis*.  Plaintiff contends that Read violated his constitutional rights by refusing him entry to the Theodore Levin United States Courthouse in Detroit.  According to the complaint, Read would not accept Plaintiff's "Moorish Nationality identification card" as proper identification and did not allow him to enter the building.

The court may dismiss an action sua sponte if it is frivolous.  See 28 U.S.C. § 1915(e)(2)(B).  The court finds Plaintiff's complaint to be frivolous because: (1) it is not a constitutional violation to require identification to enter a government building; and (2) a "Moorish Nationality identification card" is not proper

identification.  See Foti v. McHugh, 247 Fed. Appx. 899, 901 (9th Cir. 2007) ("Appellants do not have a constitutional right to enter a federal building anonymously."); Usiak v. Brown, 2011 WL 3705349 at *3 (D. Md. Aug. 23, 2011) ("Put simply, requiring photo identification of persons entering a government building does not constitute a constitutional violation."); Bey v. Indiana, 847 F.3d 559 (7th Cir. 2017) (rejecting claim that Moors are "sovereign citizens"); Tum-Re-El v. Keel, 2016 WL 2990944 (N.D. Ohio, May 24, 2016) (bank did not discriminate by refusing to accept Moor identity card).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

                s/John Corbett O'Meara
                United States District Judge

Date:  March 16, 2017

  I hereby certify that on March 16, 2017 a copy of the foregoing document was served upon Plaintiff using first-class mail.

                s/William Barkholz
                Case Manager